# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ali Sarica**  
_____  
Debtor(s)

Case No.  **17-83037**  
Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

Number of Creditors: **26**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 2-4-18

/s/ Ali Sarica  
**Ali Sarica**  
Signature of Debtor

AmeriCredit/GM Financial
Po Box 183853
Arlington, TX 76096


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410


Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Card
Po Box 15298
Wilmington, DE 19850


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129


Citibank North America
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179


Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179


Discover Financial
Po Box 3025
New Albany, OH 43054


Forest Recovery Servic
Po Box 83
Barrington, IL 60011

Forestrecvy
Po Box 83
Barrington, IL 60011


Illinois Department of Revenue
101 West Jefferson Street
Springfield, IL 62702


Lending Club
21 Stevenson Street
Suite 300
San Francisco, CA 94105


Melis Sarica
8974 Clinnin Lane
Huntley, IL 60142


Mercedes Benz Financia
13650 Heritage Pkwy
Fort Worth, TX 76177


Nelnet
Nelnet Claims/Bankruptcy
Po Box 82505
Lincoln, NE 68501


Oliphant Financial
2601 Cattlemen Rd, Suite 300
Sarasota, FL 34232


Pennymac Loan Services
Attn: Bankruptcy
Po Box 514357
Los Angeles, CA 90051


Salud Pediatrics
PO Box 14099
Belfast, ME 04915


Sofi Lending Corp
375 Healdsburg Ave Ste 280
Healdsburg, CA 95448

Syncb/hhgreg
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Talamore of Huntley (HOA)
Firstservice Residential East
PO Box 11980
Newark, NJ 07101

Tru Green
Atn: Accts Receivable
PO Box 9001128
Louisville, KY 40290

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

Zwicker & Associates
7366 N Lincoln Avenue, Suite 102
Lincolnwood, IL 60712