UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 17-83037 |
| Ali Sarica ) | | |
| ) | Chapter: | 13 |
| ) | | |
| ) | Honorable Thomas M. Lynch | |
| ) | | |
| Debtor(s) ) | | |

**AGREED REPAYMENT AND DEFAULT ORDER**

     THIS CAUSE COMING TO BE HEARD on the Motion of PennyMac Loan Services, LLC, the mortgagee on the property located at 8974 Clinnin Ln, Huntley, Il 60142, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto; IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to PennyMac Loan Services, LLC of $3,578.23 through December 2020, after crediting the tender of payments made through December 14, 2020. The aforementioned default is calculated as follows:

| | |
|---|---|
| July 2020 through December 2020 = 6 @ $2,510.61 | $15,063.66 |
| Bankruptcy fees and costs | $1,031.00 |
| Less funds previously tendered | ($10,042.44) |
| Less funds in suspense | ($2,473.99) |
| Total default amount remaining | $3,578.23 |

   The Debtor shall tender the following payments on or before the following dates:

   On or before January 31, 2021 One post-petition mortgage payment + $596.38
On or before February 28, 2021 One post-petition mortgage payment + $596.37
On or before March 31, 2021 One post-petition mortgage payment + $596.37
On or before April 30, 2021 One post-petition mortgage payment + $596.37
On or before May 31, 2021 One post-petition mortgage payment + $596.37
On or before June 30, 2021 One post-petition mortgage payment + $596.37

   The current post petition mortgage payment is $2,510.61, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable

   2. Payments shall be made payable to PennyMac Loan Services, LLC, in the form of money orders, certified checks, or cashier's checks and sent to: P.O. Box 2410, Moorpark, CA, 93020.

3. If the Debtor defaults on the payments under paragraph 1 then PennyMac Loan Services, LLC shall provide a 14-day Notice of Default to the Debtor, Debtor's attorney, and Co-Debtor and file it with the Court. Unless the asserted default is fully cured within the 14-day period, the Stay shall terminate without further hearing upon PennyMac Loan Services, LLC filing a Notice of Stay Modification with the Court and providing notice of the same to the Debtor, Debtor's attorney, Co-Debtor, and Trustee.

Form G5 (20200113_bko)

AGREED:

| | | |
|---|---|---|
| /s/Kinnera Bhoopal Attorney for PennyMac Loan Services, LLC | /s/Timothy Brown<br>Attorney for Debtor | /s/Fiona Whelan<br>Chapter 13 Trustee |

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: 1/15/2021

**Prepared by:**

/s/Kinnera Bhoopal
Attorney for Movant

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602