UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| IN RE: | DATE | CASE NUMBER |
|---|---|---|
| ALI SARICA | August 6, 2021 | 17-83037 |
| Debtor(s) | | |

### MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS
### COMBINED WITH NOTICE OF THE MOTION AND OF HEARING THEREON

The trustee in this case states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the debtor to the trustee have not been made as proposed.

WHEREFORE, the trustee moves that the subject case be dismissed pursuant to 11 U.S.C. 1307(c).

PLEASE TAKE NOTICE that I will appear before the Honorable Thomas M. Lynch or any judge sitting in that Judge's place at the following date and time:

## September 16, 2021 at 8:50 A.M.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
**Meeting ID and password**. The meeting ID for this hearing is 160 291 5226 and password is 852255. The meeting ID and password can also be found on the judge's page on the court's web site.
**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without hearing.

/s/ Lydia S. Meyer
LYDIA S. MEYER, Trustee
Post Office Box 14127
Rockford, IL   61105-4127

### CERTIFICATE OF MAILING

The undersigned certifies that a copy of the foregoing motion and notice was mailed to the Debtor(s) and to the Debtor(s) attorney of record in envelopes addressed as indicated below bearing first class postal indicia on the 6 day of August 2021.

/s/Heather Fagan

Debtor(s):
ALI SARICA

8974 CLINNIN LANE ,
HUNTLEY, IL   60142

Attorney:
TIMOTHY BROWN
LAW OFFICE OF TIMOTHY BROWN
1520 CARLEMONT DR., SUITE M
CRYSTAL LAKE, IL   60014-