UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Ali Sarica<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-83037<br><br>Chapter: 13<br>Honorable Thomas M. Lynch |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming before the Court on the Motion to Modify filed herein by Lydia S. Meyer, the standing Chapter 13 Trustee for the Northern District of Illinois, Western Division, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the plan is modified increasing the plan payment to $2676 to begin with the January 2022 payment and increasing the base to $83,443.

Enter: *Thomas M. Lynch*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: January 20, 2022

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368